# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 18-cr-4066-CJW |
| vs. | **ORDER** |
| JOSE LUIS BAUTISTA-RAMOS, | |
| Defendant. | |

This matter is before the Court on the Honorable Kelly K.E. Mahoney, Chief United States Magistrate Judge's Report and Recommendation (Doc. 16), recommending that the Court deny defendant's Motion to Suppress (Doc. 7).

On August 28, 2018, Defendant filed the motion, which seeks to suppress physical evidence and statements obtained during a traffic stop. (Doc. 7). The government timely filed a resistance. (Doc. 10). On September 12, 2018, Judge Mahoney held a hearing on the motion. On October 15, 2018, Judge Mahoney issued the Report and Recommendation, which states that "[o]bjections to th[e] Report and Recommendation . . . must be filed within fourteen . . . days of the service of a copy of th[e] Report and Recommendation." (Doc. 16, at 19).

The time to object to the Report and Recommendation has expired, and neither party has filed any objections. Thus, the parties have waived their right to a de novo review of the Report and Recommendation. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein." (citation and internal quotation marks omitted)). Accordingly, the Court

reviews Judge Mahoney's Report and Recommendation for plain error. *Id.* The Court finds no plain error in Judge Mahoney's decision. Accordingly, the Court **adopts** the factual findings and legal conclusions in the Report and Recommendation. Defendant's Motion to Suppress is **denied**.

**IT IS SO ORDERED** this 1st day of November, 2018.

_____
C.J. Williams
United States District Judge
Northern District of Iowa